1  BARRY J. PORTMAN
   Federal Public Defender
2  JOYCE LEAVITT
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607-3627
4  (510) 637-3500

5  Counsel for Defendant JENNINGS

6

7

8                  IN THE UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,              )
                                          )  No. CR 11-0455 DMR
12                     Plaintiff,         )
                                          )
13                                        )  **AMENDED** STIPULATION AND
          v.                              )  ORDER CONTINUING STATUS
14                                        )  DATE; EXCLUSION OF TIME
                                          )
15 KENNETH E. JENNINGS,                   )
                                          )
16                                        )
                       Defendant.         )
17

18     IT IS HEREBY STIPULATED, by and between the parties to this action, that the status date in

19 this case, previously set for November 2, 2011 at 9:30 a.m., before Honorable Magistrate Donna M.

20 Ryu may be continued to November 16, 2011, at 9:30 a.m. for status.  The reason for the request is

21 that defense counsel has obtained records relating to Mr. Jennings health and needs additional time

22 to review the records with Mr. Jennings, and continue with its investigation.

23     The parties stipulate that the time from November 2, 2011 to November 16, 2011, should be

24
25 excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and

26 (B)(iv) for continuity of counsel and for adequate preparation of counsel.

*U.S. v. Jennings*, CR 11-0455 DMR; Stip to
Cont. Status                                - 1 -

| | |
|---|---|
| DATED: 11/01/11 | _____/s/_____<br>JOYCE LEAVITT<br>Assistant Federal Public Defender |
| DATED: 11/01/11 | _____/s/_____<br>CHRISTINA MCCALL<br>Assistant United States Attorney |

I hereby attest that I have on file all holographed signatures for any signatures indicated by a conformed signature (/s/) within this e-filed document.

## ORDER

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the status date, previously set for November 2, 2011 at 9:30 a.m., before Honorable Magistrate Donna Ryu may be continued to November 16, 2011, at 9:30 a.m. for status.

IT IS FURTHER ORDERED that the time from November 2, 2011 to November 16, 2011, should be excluded in accordance with the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv) for continuity of counsel and for adequate preparation of counsel.

SO ORDERED.

DATED: 11/1/2011

_____
DONNA M. RYU
United States Magistrate Judge